# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Maurice Sumter, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 5:12-2223-RMG |
| vs. ) | |
| ) | |
| Carolyn W. Colvin, Acting Commissioner ) | |
| of Social Security Administration, ) | **ORDER** |
| ) | |
| Defendant. ) | |
| ) | |

This matter comes before the Court on Plaintiff's motion for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Dkt. No. 33). Plaintiff seeks an award of $4,354.23 in attorney's fees, representing 1.70 hours of attorney time at a rate of $177.91 per hour for calendar year 2011, 19.90 hours of attorney time at a rate of $184.76 per hour for calendar year 2013 and 2.00 hours of attorney time at a rate of $187.53 per hour for calendar year 2014. (Dkt. No. 33-4). The Commissioner has advised the Court she does not oppose Plaintiff's motion. (Dkt. No. 34).

The Court has reviewed the motion and memorandum of Plaintiff, as well as the supporting underlying documentation, and finds that the total fee request, hours expended, and hourly rates are reasonable and authorized under applicable law. *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002). Therefore, the Court hereby grants an attorney's fee award to Plaintiff in the amount of $4,354.23. This award is subject to the Treasury Offset Program, 31 U.S.C. § 3716(c)(B). In the event Plaintiff has no present debt subject to offset, Defendant is directed to make the check

-2-

due pursuant to this Order payable to Plaintiff and to deliver the check to Plaintiff's counsel.

AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Judge

May 28, 2014
Charleston, South Carolina